October 22, 2004

Mr. A. Bruce Wilson
Ray & Wilson
6115 Camp Bowie Blvd., Suite 200
Fort Worth, TX 76116
Mr. Jeffrey H. Kobs
Kobs & Haney, P.C.
115 West Second Street, Suite 204
Fort Worth, TX 76102

RE: Case Number: 02-0946
 Court of Appeals Number: 02-01-00348-CV
 Trial Court Number: 48-184032-00

Style: SOUTHWEST BANK
 v.
 INFORMATION SUPPORT CONCEPTS, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Lavake |
| |Mr. Thomas A. |
| |Wilder |